| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2015 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)  McEwen, Catherine P. | 2. Court or Organization  Bankruptcy Court, M. Dist. Fla | 3. Date of Report  05/29/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  United States Bankruptcy Judge | 5a. Report Type (check appropriate type)  ☐ Nomination  Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2015 to 12/31/2015 |

**7. Chambers or Office Address**

801 N. Florida Avenue
Suite 854
Tampa, Florida 33602-3899

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Advisory Board Member | Salesian Youth Center (charitable organization) |
| 2. | Director at Large Board Member | Hillsborough Association for Women Lawyers |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | June 2015 | Western Michigan University Cooley Law School and I have orally agreed that I will teach one semester or more per year, subject to Eleventh Circuit approval. |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McEwen, Catherine P. | 05/29/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 5/2015 | Western Michigan University Cooley Law School | $4,125.00 |
| 2. 9/2015 | Western Michigan University Cooley Law School | $4,125.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The Florida Bar | January 21-22, 2015 | Orlando, FL | Business Law Section Mid-Year Meeting | Lodging, ground transportation, meals. |
| 2. | National Conference of Bankruptcy Judges | February 5-6, 2015 | Dallas, TX | Future of the Conference Committee Meeting | Air fare, lodging, ground transportation, parking, meals. |
| 3. | American Bankruptcy Institute | April 16-18, 2015 | Washington, DC | Annual Spring Meeting | Air fare, lodging, ground transportation, parking, meals. |
| 4. | The Florida Bar | June 24-26, 2015 | Boca Raton, FL | Annual Meeting | Air fare, lodging, ground transportation, parking, meals. |
| 5. | Jacksonville Bar Ass'n | August 20-22, 2015 | Jacksonville, FL | Annual Seminar | Lodging, meals. |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | McEwen, Catherine P. | 05/29/2016 |

| 6. | The Florida Bar | September 4-7, 2015 | Naples, FL | Business Law Section Retreat | Mileage, lodging, meals. |
|---|---|---|---|---|---|
| 7. | National Conference of Bankruptcy Judges | September 26-30, 2015 | Miami, FL | Annual Meeting | Air fare, lodging, ground transportation, parking, meals. |
| 8. | Tampa Bay Bankruptcy Bar Association | January-June, September-December, 2015 | Tampa, FL | Monthly meetings, monthly pizza luncheons, annual dinner, holiday party | Meals. |

| Name of Person Reporting | Date of Report |
|---|---|
| McEwen, Catherine P. | 05/29/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | American Bankruptcy Institute | Waived registration fees. | $560.00 |
| 2. | The Florida Bar | Waived registration fees. | $825.00 |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McEwen, Catherine P. | 05/29/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wachovia Bank DDA/Savings/MMA Accounts | A | Interest | M | T | | | | | |
| 2. State Farm Bank Account | A | Interest | J | T | | | | | |
| 3. State Farm Life Ins. Co. Var. Deferred Annuity (ROTH IRA) | A | Interest | | | Sold | 03/14/15 | J | A | |
| 4. SCHWAB IRA (H) (5-21 BELOW) | | | | | | | | | |
| 5. AGZD | A | Distribution | | | Sold | 08/21/15 | J | A | |
| 6. BND | A | Distribution | J | T | | | | | |
| 7. BOND | A | Distribution | J | T | Buy (add'l) | 08/21/15 | J | | |
| 8. DFJ | A | Distribution | J | T | Sold (part) | 08/21/15 | J | A | |
| 9. DWX | A | Distribution | | | Sold | 08/21/15 | J | A | |
| 10. ELD | A | Distribution | J | T | Sold (part) | 08/21/15 | J | A | |
| 11. EMB | A | Distribution | J | T | Buy | 08/21/15 | J | | |
| 12. FCG | A | Distribution | J | T | Sold (part) | 02/06/15 | J | A | |
| 13. IQDF | A | Distribution | J | T | Buy | 08/21/15 | J | | |
| 14. MOAT | A | Distribution | J | T | Buy | 02/06/15 | J | | |
| 15. | | | | | Buy (add'l) | 08/21/15 | J | | |
| 16. PHB | A | Distribution | J | T | Buy | 08/21/15 | J | | |
| 17. STPZ | A | Distribution | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McEwen, Catherine P. | 05/29/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. VB | A | Distribution | J | T | | | | | |
| 19. VEA | A | Distribution | J | T | | | | | |
| 20. VTI | A | Distribution | K | T | Buy (add'l) | 08/21/15 | J | | |
| 21. VWO | A | Distribution | J | T | | | | | |
| 22. AMERIPRISE IRA (RIVERSOURCE) (H) (23-31) BELOW) | | | | | | | | | |
| 23. ALLBERN VPS INTL VAL | A | Dividend | K | T | | | | | |
| 24. FID VIP CONTRAFD CL2 | A | Dividend | K | T | | | | | |
| 25. FID VIP MID CAP CL 2 | A | Dividend | K | T | | | | | |
| 26. COL VP DIVND OPP CL 3 | A | Dividend | K | T | | | | | |
| 27. COL VP MID CAP VAL CL 3 | A | Dividend | K | T | | | | | |
| 28. WANGER USA | A | Dividend | K | T | | | | | |
| 29. WANGER INTERNATIONAL | A | Dividend | K | T | | | | | |
| 30. FT VIP SMALL CAP VALUE | A | Dividend | K | T | | | | | |
| 31. OPPENHEIMER GLBL STRATEGIC | A | Dividend | K | T | | | | | |
| 32. BANK OF AMERICA CASH ACCOUNT (PARENTS) (X) | A | Interest | L | T | | | | | |
| 33. AMERICAN FUNDS ROTH IRA (H) | | | | | | | | | |
| 34. AF GROWTH PORTFOLIO CL A | A | Distribution | J | T | Buy | 03/17/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McEwen, Catherine P. | 05/29/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII.

No. 57 in 2014 FDR was removed because the asset was distributed during 2014.

No. 32: I was added as a signer to parents' account. Although I am legally on the title, I am not a beneficial owner.

| Name of Person Reporting | Date of Report |
|---|---|
| McEwen, Catherine P. | 05/29/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Catherine P. McEwen**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544